IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>GREGORY T. ROMAN,<br><br>                        Defendant. | Case No. 22-00002-01-CR-W-HFS<br>Criminal No. 21-MJ-00137-WBG |

### MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now David Luna, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on December 20, 2021, before United States Magistrate Judge W. Brian Gaddy, at Kansas City, Missouri, charging the defendant with violations of Title 18, United States Code, Section 2261A(2).

Respectfully submitted,
David Luna
Assistant United States Attorney

### O R D E R

IT IS HEREBY ORDERED that the Government's Motion to Dismiss Criminal Complaint above is granted.

Dated: March 1, 2022
Kansas City, Missouri

                                              */s/ W. Brian Gaddy*
HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Western District of Missouri