# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-00002-CR-W-01-HFS |
| ) | |
| GREGORY T. ROMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 2 and 3, 2022, Marilyn B. Keller and Stephen G. Mirakian entered their appearances as counsel of record for Defendant Gregory Roman. Docs. 14, 17. On March 2, 2022, Todd M. Schultz filed a motion seeking to withdraw as Defendant's counsel. Doc. 15. Local Rule 83.2 allows an attorney to withdraw if substitute counsel has entered an appearance. As attorneys Stephen Mirakian and Marilyn Keller have entered their appearances on behalf of Defendant, it is

ORDERED that the Motion to Withdraw (Doc. 15) is **GRANTED**, and the Federal Public Defender and each member of her attorney staff are hereby relieved as appointed counsel for Defendant at all further proceedings in this matter.

**IT IS SO ORDERED.**

DATE: March 3, 2022         /s/ W. Brian Gaddy
                            W. BRIAN GADDY
                            UNITED STATES MAGISTRATE JUDGE